AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>Darshan Patel | )<br>)<br>) Case No.<br>)     2:17-MJ-00061-JTR<br>)<br>)<br>) |
| *Defendant(s)* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 10 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 8, 2017__ in the county of __Okanogan__ in the
__Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1325 | Improper Entry by Alien |

This criminal complaint is based on these facts:

See Affidavit of Eric Carlson, Border Patrol Agent-Intelligence

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Carlson, Border Patrol Agent-Intelligence
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-10-17

_____
*Judge's signature*

City and state:     Spokane, Washington      John T. Rodgers, U.S. Magistrate Judge
*Printed name and title*